Katherine A. Klimkowski (SBN 263099)
kaklimkowski@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:  (949) 851-3939
Facsimile:   (949) 553-7539

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA FROST<br><br>            Plaintiff,<br><br>      v.<br><br>ARIZONA FEDERAL CREDIT UNION; EXPERIAN INFORMATION SERVICES, INC., TRANS UNION, LLC; DOES 1 – 10, inclusive.<br><br>            Defendants. | Case No. SACV13-608 JLS (JPRx)<br><br>**ORDER FOR STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PURSUANT TO STIPULATION, IT IS SO ORDERED that Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice.  Plaintiff Amanda Frost and Experian shall each bear her or its own costs and attorneys' fees.

IT IS SO ORDERED.


Dated:  October 17, 2013

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

IRI-56235v1

PROPOSED ORDER
Case No. SACV13-608 JLS(JPRx)